C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY dba ZURICH NORTH
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEMINI DUPLICATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Zurich American Insurance Company dba Zurich North America (hereinafter, "ZURICH"), through its attorneys of record, hereby petitions for the removal of the action entitled *Gemini Duplication, Inc. v. Zurich American Insurance Company dba Zurich North America*, originally filed on July 1, 2015 in the Superior Court for the State of California for the County of Placer as Case No. SCV0036467.

## I. SUBJECT MATTER JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1441(b) (removal jurisdiction) and 28 U.S.C. §1332 (diversity jurisdiction):

A. **COMPLETE DIVERSITY OF CITIZENSHIP**

There is complete diversity of citizenship between plaintiff and the defendant.

    1. **PLAINTIFF GEMINI DUPLICATION, INC.**

At the time the action was filed and as of the date of this removal, plaintiff GEMINI DUPLICATION, INC. (GEMINI") is a California corporation, organized and doing business in California with its principle place of business in the County of Placer, where it is headquartered and where its "high level officers direct, control, and coordinate [its] activities," both at the time the action was filed and as of the date of this removal. *See Hertz Corp. v. Friend*, 559 U.S. 77, 93, 130 S.Ct. 1181, 175 L.E.2d 1029 (2010).

    2. **DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

At the time the action was filed and as of the date of this removal, defendant ZURICH is a New York corporation with its statutory home office located in New York, New York and its principal place of business in Schaumburg, Illinois, where it is headquartered and where its "high level officers direct, control, and coordinate [its] activities" at the time the action was filed and as of the date of this removal. *Hertz*, 559 U.S. at 93.

    3. **DOES 1-10**

For purposes of removal jurisdiction, the citizenship of the fictitious defendants identified in the complaint as "DOES 1-10" must be disregarded. 28 U.S.C. §1441(b).

B. **AMOUNT IN CONTROVERSY**

As alleged in various places in GEMINI's complaint (See, e.g., ¶¶ 9; 17-33; 40-56; 58; 63; 69; and 71 ), the amount in controversy between plaintiff and each of the defendants exceeds $791,236.00, exclusive of interest and costs, which exceeds the jurisdictional minimum of this Court.

## II. TIMELINESS

Pursuant to 28 U.S.C. §1446(b)(1), this petition for removal is timely because defendant ZURICH was first served, via its registered agent for process, with the summons and complaint, on July 8, 2015. The service of the summons and complaint was defendant ZURICH's first

notice of the state court action. This petition for removal is being filed less than 30 days from that date.

### III. JOINDER OF ALL SERVED AND PROPERLY JOINED DEFENDANTS

There are no other defendants besides ZURICH.

### IV. FILING OF STATE COURT PLEADINGS

Attached hereto as **EXHIBIT A** are copies of all state court pleadings and orders (if any) known by ZURICH to exist. ZURICH shall promptly give notice of this Notice of Removal to plaintiff GEMINI and shall promptly file a copy of the notice with the state court in which the action was filed.

WHEREFORE, ZURICH respectfully requests that this Court take jurisdiction over this matter for all purposes until the action is concluded.

DATED: July 27, 2015

                                         BULLIVANT HOUSER BAILEY PC


                                         By   */s/ C. Todd Norris*
                                                C. Todd Norris

                                         Attorneys for Defendant
                                         ZURICH AMERICAN INSURANCE COMPANY
                                         dba ZURICH NORTH AMERICA

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA; and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GEMINI DUPLICATION, INC., a California corporation

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
Superior Court of California
County of Placer
JUL 01 2015
Jake Chatters
Executive Officer & Clerk
N. Phelps, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Placer County Superior Court
10820 Justice Center Drive, Roseville, CA 95678

CASE NUMBER:
*(Número del Caso):*
SCV0036467

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carroll & Associates, PC; Sheila Lamb Carroll; 3600 American River Dr, Ste 205, Sacramento, CA 96864
916.488.5388

DATE: JUL 01 2015      Clerk, by N. Phelps, Deputy
*(Fecha)*                *(Secretario)*           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
   ZURICH AMERICAN INSURANCE COMPANY, A CORPORATION,
3. ☒ on behalf of (specify): DBA ZURICH NORTH AMERICA

under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other (specify):
4. ☐ by personal delivery on (date):

FILED BY FAX

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

```
CARROLL & ASSOCIATES, P.C.
Sheila Lamb Carroll (State Bar No. 142764)
Heather R. Messenger (State Bar No. 240442)
Teresa L. Zuber (State Bar No. 164213)
3600 American River Drive, Suite 205
Sacramento, CA 95864-5950
Telephone: 916.488.5388
Facsimile:  916.488.5387
scarroll@thecarrollfirm.com

Attorney for Plaintiff
Gemini Duplication, Inc
```

FILED
Superior Court of California
County of Placer
JUL 01 2015
Jake Chatvers
Executive Officer & Clerk
By: N. Phelps, Deputy

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF PLACER

| | |
|---|---|
| GEMINI DUPLICATION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SCV0036467<br><br>Complaint for:<br><br>1. Breach of Written Contract<br>2. Breach of Implied Contract<br>3. Open Book Account<br>4. Account Stated<br>5. Quantum Meruit |

Plaintiff Gemini Duplication, Inc., ("GEMINI") alleges as follows:

1. GEMINI is a corporation, organized and doing business in California, and with its principle place of business in the County of Placer.

2. GEMINI is informed and believes, and thereon alleges, that Defendant ZURICH AMERICAN INSURANCE COMPANY ("ZURICH") is a corporation with its principle place of business in the state of Illinois. ZURICH is licensed to and does transact the business of insurance in the state of California, and maintains offices in the state of California. GEMINI is informed and believes that ZURICH is doing business in the United States as ZURICH NORTH AMERICA.

///

FILED BY FAX

3.  GEMINI does not know the true names and capacities of the Defendants sued as DOES 1 through 50, inclusive, and each of them, and sues these Defendants by their fictitious names. GEMINI will seek leave of this Court to amend this Complaint to allege the true names and capacities of these Defendants when determined. GEMINI is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is responsible in some manner for the occurrences and events alleged herein and that damages as alleged were proximately caused by such acts and events.

4.  GEMINI is informed and believes, and thereon alleges, that at all times relevant, each of the Defendants was the agent, servant, employee and/or employer of each other, and in doing the acts alleged were doing so within the scope of their authority as such agents, servants and employees and/or employers and with the permission and consent of each other.

### Background Allegations

5.  GEMINI is a licensed professional photocopy service that photocopies medical records and deposition transcripts, and related matters relating to employees claiming workers' compensation benefits. Typically, an attorney representing the employee makes a request to GEMINI to obtain copies of medical records, medical reports and deposition transcripts for evaluation of workers' compensation issues, such as establishing the existence of the injury and determining whether the employee suffered the injury pursuant to work performed for the employer.

6.  Upon receiving a request to make photocopies of an employee's medical records, GEMINI checks the Electronic Adjudication Management System ("EAMS") through the State of California Division of Workers' Compensation court to identify the employer's workers' compensation insurance company responsible for paying the medical-legal expenses associated with such medical reports, medical records, medical testimony, and related matters.

7.  From June 30, 2011 through the present, GEMINI has been billing ZURICH for photocopies of medical reports, records, testimony and related matters regarding employment-related injury claims for employees employed by employers whose workers' compensation insurance is provided by ZURICH, as identified by EAMS. Because of ZURICH's company structure, invoices and billing statements were forwarded to various field offices, including

Carroll &
Associates, PC

Chicago, Dallas, Los Angeles, Rancho Cordova, Sacramento, San Francisco, West Sacramento and Woodland Hills.

8. ZURICH accepted each of the written invoices and written billing statements submitted to it by GEMINI associated with each of the 5,875 invoice numbers. At no point through the present time has ZURICH raised any objection to any portion of the invoices or billing statements, nor has ZURICH attempted to negotiate with GEMINI to lower the amount due as to any of these invoices or billing statements.

9. Of the total 5,875 invoices submitted to and accepted by ZURICH between June 30, 2011 and March 31, 2015, ZURICH made partial payments to GEMINI on 1,044 invoices. The total amount due on those 1,044 invoices was $348,186.26. ZURICH paid $97,356.19 of those charges, and still owes GEMINI $250,850.14, not including penalties or interest.

10. Of the total of 5,875 invoices submitted to and accepted by ZURICH between June 30, 2011 and March 31, 2015, ZURICH has made no payment to GEMINI on 2,061 invoices. The balance due on these invoices total $540,484.08, not including penalties or interest.

**First Cause of Action**
**Breach of Written Contract**
**(Against All Defendants)**

11. GEMINI alleges as against all Defendants as follows and re-alleges and incorporates by reference paragraphs 1 through 10 of this Complaint.

12. GEMINI and ZURICH entered into 5,875 separate written contracts, for the payment of workers' compensation related medical-legal expenses beginning on or about June 30, 2011, in which GEMINI agreed to provide valuable services in the form of preparing subpoenas, making related phone calls, service of process, scanning and optical character recognition ("OCR") services, printing, page numbering, indexing shipping and handling, delivering and processing medical reports, records and deposition transcripts pursuant to employees claiming workers' compensation benefits. ZURICH became party to the contract pursuant to its consent to provide workers' compensation coverage to employers; thereby agreeing to the obligations under Labor Code sections 4600 and 4620 to accept liability for payment of the medical-legal expenses incurred by their insured employers' employees in proving workers' compensation claims.

Carroll &
Associates, PC

1  13. The terms of the contracts are clear in that the specific rates for each type of service provided are set forth in specific dollar amounts on each invoice sent to ZURICH between June 30, 2011 and March 31, 2015. A sample invoice containing the price terms for each category of services is attached hereto as Exhibit A.

14. At no time up to the time of filing this complaint has ZURICH objected to any of the charges included in any of the invoices.

15. GEMINI performed all of its conditions, covenants, and promises as required by it under the terms and conditions of the contracts, except those it was prevented or excused from performing.

16. ZURICH breached the contracts by failing to pay some or all of the sums due under the terms of each of the contracts.

17. Specifically, for the 446 different invoices submitted to ZURICH between January 1, 2015 and March 31, 2015, ZURICH failed to pay $117,339.33.

18. For the 422 different invoices submitted to ZURICH between October 1, 2014 and December 31, 2014, ZURICH failed to pay $94,704.93.

19. For the 357 different invoices submitted to ZURICH between July 1, 2014 and September 30, 2014, ZURICH failed to pay $108,799.39.

20. For the 305 different invoices submitted to ZURICH between April 1, 2014 through June 30, 2014, ZURICH failed to pay $84,807.75.

21. For the 234 different invoices submitted to ZURICH between January 1, 2014 and March 31, 2014, ZURICH failed to pay $64,484.19.

22. For the 236 different invoices submitted to ZURICH between October 1, 2013 and December 31, 2013, ZURICH failed to pay $54,029.25.

23. For the 201 different invoices submitted to ZURICH between July 1, 2013 and September 30, 2013, ZURICH failed to pay $47,708.32.

24. For the 165 different invoices submitted to ZURICH between April 1, 2013 and June 30, 2013, ZURICH failed to pay $45,170.62.

///

25. For the 158 different invoices submitted to ZURICH between January 1, 2013 and March 31, 2013, ZURICH failed to pay $41,256.73.

26. For the 118 different invoices submitted to ZURICH between October 1, 2012 and December 31, 2012, ZURICH failed to pay $30,445.64.

27. For the 152 different invoices submitted to ZURICH between July 1, 2012 and September 30, 2012, ZURICH failed to pay $27,238.98.

28. For the 102 different invoices submitted to ZURICH between April 1, 2012 and June 30, 2012, ZURICH failed to pay $20,635.78.

29. For the 94 different invoices submitted to ZURICH between January 1, 2012 and March 31, 2012, ZURICH failed to pay $32,150.33.

30. For the 33 different invoices submitted to ZURICH between October 1, 2011 and December 31, 2011, ZURICH failed to pay $6,154.05.

31. For the 61 different invoices submitted to ZURICH between July 1, 2011 and September 30, 2011, ZURICH failed to pay $9,736.99.

32. For the 29 different invoices submitted to ZURICH between April 1, 2011 and June 30, 2011, ZURICH failed to pay $6,574.53.

33. In total, GEMINI has been damaged by ZURICH's breaches in an amount to be determined at trial, but not less than $791,236.81, plus penalties of 10 percent per annum pursuant to Labor Code section 4622, subdivision (a), plus the legal rate of interest on the debt owing.

Wherefore, GEMINI prays for judgment against Defendants as more fully set forth below.

**Second Cause of Action**
**Breach of Implied Contract**
**(Against All Defendants)**

34. GEMINI alleges as against all Defendants as follows and re-alleges and incorporates by reference paragraphs 1 through 33 of this Complaint.

35. GEMINI and ZURICH entered into an implied contract for the payment of workers' compensation related medical-legal expenses beginning on or about June 30, 2011, in which GEMINI agreed to provide valuable services in the form of preparing subpoenas, making

Carroll &
Associates, PC

1  related phone calls, service of process, scanning and OCR, printing, page numbering, indexing
2  shipping and handling, delivering and processing medical reports, records and deposition
3  transcripts pursuant to employees claiming workers' compensation benefits. ZURICH became
4  party to the contract pursuant to its consent to provide workers' compensation coverage to
5  employers; thereby agreeing to the obligations under Labor Code sections 4600 and 4620 to accept
6  liability for payment of the medical-legal expenses incurred by their insured employers' employees
7  in proving workers' compensation claims.

8      36.    The terms of the contracts are clear in that the specific rates for each type of service
9  provided are set forth in specific dollar amounts on each invoice sent to ZURICH between June 30,
10 2011 and March 31, 2015. A sample invoice containing the price terms for each category of
11 services is attached hereto as Exhibit A.

12     37.    ZURICH demonstrated its consent to this contract by making partial payments on
13 1,044 invoices between June 30, 2011 and March 31, 2015, and by failing to object to any of the
14 charges included in any of the invoices.

15     38.    GEMINI performed all of its conditions, covenants, and promises as required by it
16 under the terms and conditions of the contracts, except those it was prevented or excused from
17 performing.

18     39.    ZURICH breached the contracts by failing to pay some or all of the sums due under
19 the terms of each of the contracts.

20     40.    Specifically, for the 446 different invoices submitted to ZURICH between January
21 1, 2015 and March 31, 2015, ZURICH failed to pay $117,339.33.

22     41.    For the 422 different invoices submitted to ZURICH between October 1, 2014 and
23 December 31, 2014, ZURICH failed to pay $94,704.93.

24     42.    For the 357 different invoices submitted to ZURICH between July 1, 2014 and
25 September 30, 2014, ZURICH failed to pay $108,799.39.

26     43.    For the 305 different invoices submitted to ZURICH between April 1, 2014
27 through June 30, 2014, ZURICH failed to pay $84,807.75.

28 ///

Carroll &
Associates, PC

1     44.    For the 234 different invoices submitted to ZURICH between January 1, 2014 and March 31, 2014, ZURICH failed to pay $64,484.19.

2     45.    For the 236 different invoices submitted to ZURICH between October 1, 2013 and December 31, 2013, ZURICH failed to pay $54,029.25.

3     46.    For the 201 different invoices submitted to ZURICH between July 1, 2013 and September 30, 2013, ZURICH failed to pay $47,708.32.

4     47.    For the 165 different invoices submitted to ZURICH between April 1, 2013 and June 30, 2013, ZURICH failed to pay $45,170.62.

5     48.    For the 158 different invoices submitted to ZURICH between January 1, 2013 and March 31, 2013, ZURICH failed to pay $41,256.73.

6     49.    For the 118 different invoices submitted to ZURICH between October 1, 2012 and December 31, 2012, ZURICH failed to pay $30,445.64.

7     50.    For the 152 different invoices submitted to ZURICH between July 1, 2012 and September 30, 2012, ZURICH failed to pay $27,238.98.

8     51.    For the 102 different invoices submitted to ZURICH between April 1, 2012 and June 30, 2012, ZURICH failed to pay $20,635.78.

9     52.    For the 94 different invoices submitted to ZURICH between January 1, 2012 and March 31, 2012, ZURICH failed to pay $32,150.33.

10     53.    For the 33 different invoices submitted to ZURICH between October 1, 2011 and December 31, 2011, ZURICH failed to pay $6,154.05.

11     54.    For the 61 different invoices submitted to ZURICH between July 1, 2011 and September 30, 2011, ZURICH failed to pay $9,736.99.

12     55.    For the 29 different invoices submitted to ZURICH between April 1, 2011 and June 30, 2011, ZURICH failed to pay $6,574.53.

13     56.    In total, GEMINI has been damaged by ZURICH's breaches in an amount to be determined at trial, but not less than $791,236.81, plus penalties of 10 percent per annum pursuant to Labor Code section 4622, subdivision (a), plus the legal rate of interest on the debt owing.

///

Carroll &
Associates, PC

1  Wherefore, GEMINI prays for judgment against Defendants as more fully set forth
2  below.

### Third Cause of Action
### Open Book Account
### (Against All Defendants)

57. GEMINI alleges as against all Defendants as follows and re-alleges and incorporates by reference paragraphs 1 through 56 of this Complaint.

58. ZURICH became indebted to GEMINI in the certain total sum of $791,236.81, incurred as set forth per invoice through March 31, 2015, in an open book account for services, work and labor performed at the special instance and request of GEMINI and for which ZURICH was obligated to pay GEMINI.

59. ZURICH has paid no part of this sum due to GEMINI.

60. GEMINI is further entitled to penalties of 10% per annum, pursuant to Labor Code section 4622, subdivision (a).

61. GEMINI is further entitled to prejudgment interest at the legal rate of interest under Civil Code section 3289, subdivision (b).

Wherefore, GEMINI prays for judgment against Defendants as more fully set forth below.

### Fourth Cause of Action
### Account Stated
### (Against All Defendants)

62. GEMINI alleges as against all Defendants as follows and re-alleges and incorporates by reference paragraphs 1 through 61 of this Complaint.

63. In written invoices sent from GEMINI's office in Rocklin, California, to ZURICH's offices in Rancho Cordova, San Francisco and Woodland Hills, California, accounts were stated by and between GEMINI and ZURICH, for balances due at that time of the agreed indebtednesses. The sum total of the balance of $791,236.81 is due from ZURICH to GEMINI.

64. ZURICH has paid no part of the balance due to GEMINI, despite GEMINI's demand.

///

Carroll &
Associates, PC

8

Complaint

65. GEMINI is further entitled to penalties of 10% per annum pursuant to Labor Code section 4622, subdivision (a). ZURICH has paid no part of this balance due.

66. GEMINI is entitled to prejudgment interest at the legal rate of interest under Civil Code section 3289, subdivision (b).

Wherefore, GEMINI prays for judgment against Defendants as more fully set forth below.

### Fifth Cause of Action
### Quantum Meruit
### (Against All Defendants)

67. GEMINI alleges as against all Defendants as follows and re-alleges and incorporates by reference paragraphs 1 through 66 of this Complaint.

68. GEMINI performed valuable services to ZURICH's insureds' employees in the form of preparing subpoenas, making related phone calls, service of process, scanning and OCR, printing, page numbering, indexing shipping and handling, delivering and processing medical reports, records and deposition transcripts pursuant to employees claiming workers' compensation benefits, for which ZURICH'S insureds are legally obligated to pay.

69. Under California Labor Code sections 4600 and 4620, ZURICH incurred the obligation to pay GEMINI the reasonable value of the services, which total $791,236.81. ZURICH agreed to this amount of indebtedness through its failure to object to any of this billing under Labor Code section 4622.

70. GEMINI provided the goods and services as promised, including preparing subpoenas, making related phone calls, service of process, scanning and OCR, printing, page numbering, indexing, shipping and handling, delivering and processing medical reports, records and deposition transcripts pursuant to employees claiming workers' compensation benefits.

71. ZURICH has failed to pay GEMINI the reasonable value of the services, in an amount to be proven at trial, but not less than $791,236.81, plus penalties of 10 percent per annum pursuant to Labor Code section 4622, subdivision (a).

72. GEMINI is also entitled to the legal rate of interest on the unpaid reasonable value of services under Civil Code section 3289, subdivision (b).

Carroll &
Associates, PC

Wherefore, GEMINI prays for judgment against Defendants as follows.

## Prayer

1. For compensatory damages in the amount to be proven at trial;
2. For payment of indebtedness;
3. For payment of the amount of the account stated;
4. For the reasonable value of the services provided;
5. For interest at the legal rate set forth in Civil Code section 3289, subdivision (b);
6. For costs of suit; and
7. For such other and further relief as the Court may deem just and proper.

Dated: June 30, 2015

CARROLL & ASSOCIATES PC

By: _____
Sheila Lamb Carroll (State Bar No. 142764)
Attorneys for Plaintiff
Gemini Duplication Inc.

G:\G\Gemini\pleadings\complaint

Carroll & Associates, PC

**EXHIBIT A**

Gemini Duplication
590 Menlo Drive, Suite 1
Rocklin, CA 95765
(877) 739-7481
Tax ID: 20-4088422

## Invoice

Professional Photocopier Registration #15-002
Registration County: Placer County, Ca

| Bill to: |
| --- |
| Zurich American Dallas<br>Attn: Laura Hershey<br>P.O. Box 968023<br>Schaumburg, IL 60196 |

| Initial Billing Date | Invoice No. |
| --- | --- |
| 11/21/2014 | 210088 |

*Please include invoice number on your payment. Please send payment to Gemini Duplication at the address listed at the top of this invoice.

Your business and your prompt payment are greatly appreciated.

| Item | Trans ID | Date Applied | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Processing | 2870381 | 11/21/2014 | 1 | $40.00 | No | $40.00 |
| Subpoena Prep and Notice | 2870382 | 11/21/2014 | 1 | $25.00 | No | $25.00 |
| Service of Process | 2870383 | 11/21/2014 | 1 | $40.00 | No | $40.00 |
| Page Numbering (taxed) | 2870384 | 11/21/2014 | 551 | $0.05 | Yes | $27.55 |
| Scanning & OCR (per page) | 2870385 | 11/21/2014 | 551 | $0.52 | No | $286.52 |
| CD Publishing (taxed) | 2870386 | 11/21/2014 | 551 | $0.25 | Yes | $137.75 |
| Digital Publishing | 2870387 | 11/21/2014 | 551 | $0.25 | No | $137.75 |
| Phone Calls | 2870388 | 11/21/2014 | 1 | $2.50 | No | $2.50 |
| Index/Designation of Records | 2870389 | 11/21/2014 | 1 | $242.44 | No | $242.44 |
| Trip Charge | 2870390 | 11/21/2014 | 1 | $36.00 | No | $36.00 |
| Additional Trip Charge | 2870391 | 11/21/2014 | 1 | $36.00 | No | $36.00 |
| Witness Fees | 2870392 | 11/21/2014 | 1 | $15.00 | No | $15.00 |
| Check Processing Fee (15%) | 2870393 | 11/21/2014 | 1 | $2.25 | No | $2.25 |
| Shipping / Handling | 2870394 | 11/21/2014 | 1 | $11.25 | Yes | $11.25 |

| | | | |
| --- | --- | --- | --- |
| Reference Number: | REC-201294 | Total Charges: | $1,055.90 |
| Case Number: | ADJ9107421 | - Amount Paid: | $0.00 |
| Claim Number: | 2080293969 | = Balance Due: | $1,055.90 |
| Name of Employer: | Crown Building Maintenance | | |
| Records Subject: | Estela Anastacio | | |
| Location of Records: | KFH/SCPMG - Empire Corporate Plaza<br>Central ROI Unit<br>10740 4th Street, 2nd Floor<br>Rancho Cucamonga, CA 91730 | | |
| Ordered By: | Sef Krell, Esq.<br>SEF KRELL ENCINO<br>5115 Louise Ave<br>Encino, CA 91316 | | |
| Records Sent To: | Sef Krell, Esq.<br>SEF KRELL ENCINO<br>5115 Louise Ave<br>Encino, CA 91316 | **LC 139.32 There has been no violation with respect to services provided.** | |

Invoice Number 210088 - Page 1 -

Gemini Duplication
590 Menlo Drive, Suite 1
Rocklin, CA 95765
(877) 739-7481
Tax ID: 20-4088422

## Invoice

Professional Photocopier Registration #16-002
Registration County: Placer County, Ca

| Bill to: |
| --- |
| Zurich American Dallas<br>Attn:Laura Hershey<br>P.O. Box 968023<br>Schaumburg, IL 60196 |

| Initial Billing Date | Invoice No. |
| --- | --- |
| 11/21/2014 | 210088 |

*Please include Invoice number on your payment. Please send payment to Gemini Duplication at the address listed at the top of this invoice.

Your business and your prompt payment are greatly appreciated.

| Item | Trans ID | Date Applied | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Sales tax at 9% applied on 11/21/2014 | 2870395 | 11/21/2014 | 1 | $15.89 | No | $15.89 |

| | | | |
| --- | --- | --- | --- |
| Reference Number: | REC-201294 | Total Charges: | $1,055.90 |
| Case Number: | ADJ9107421 | - Amount Paid: | $0.00 |
| Claim Number: | 2080293969 | | |
| Name of Employer: | Crown Building Maintenance | = Balance Due: | $1,055.90 |
| Records Subject: | Estela Anastacio | | |
| Location of Records: | KFH/SCPMG - Empire Corporate Plaza<br>Central ROI Unit<br>10740 4th Street, 2nd Floor<br>Rancho Cucamonga, CA 91730 | | |
| Ordered By: | Sef Krell, Esq.<br>SEF KRELL ENCINO<br>5115 Louise Ave<br>Encino, CA 91316 | | |
| Records Sent To: | Sef Krell, Esq.<br>SEF KRELL ENCINO<br>5115 Louise Ave<br>Encino, CA 91316 | **LC 139.32 There has been no violation with respect to services provided.** | |

Invoice Number 210088 - Page 2 -

# Superior Court of the State of California
## In and For The County of Placer

CASE NO. SCV0036467

### A CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED:

DATE: October 27, 2015
TIME: ☒ 10:00 A.M. If your case number starts with "S-CV"
☐ 10:30 A.M. If your case number starts with "S-CV" and is deemed Complex
☐ 11:00 A.M. If your case number starts with "M-CV"
DEPT: 40 - 10820 Justice Center Drive, Roseville, California

### IF YOU DO NOT HAVE AN ATTORNEY, READ THIS:

The judge does **not** decide whether you win or lose your case at this court date. If you do not file an "Answer," or other "responsive pleading," you will automatically lose this case, usually before this court date. The Answer or responsive pleading must be given to the court clerk within 30 days of the day you received the Summons, along with a filing fee or application for waiver of court fees.

You can get free help filling out your Answer or responsive pleading at the court's Legal Help Center. For more information or to schedule an appointment, go to the court's website at www.placer.courts.ca.gov and select "Legal Help Center."

### INFORMATION ABOUT CASE MANAGEMENT CONFERENCES:

15 calendar days before the Case Management Conference, you must file and serve a completed Case Management Statement (CM-110).

You do not need to come to court for the first Case Management Conference. You can see the court's proposed orders 12 calendar days before the Case Management Conference on the court's website, www.placer.courts.ca.gov. Select "Tentative Rulings and Calendar Notes," then "Civil Case Management Conference." If you do not have Internet access, call the court at 916-408-6000 to get the information.

**The court does not provide a court reporter** at Case Management Conferences or Law & Motion hearings. If you want the proceedings reported, you must provide your own court reporter at your own expense.

IF YOU WANT TO APPEAR BY TELEPHONE, you must schedule your telephonic appearance through the court's website, www.placer.courts.ca.gov. Select "Telephonic Appearance System." For more information on the telephonic appearance system, please visit our "How to" guide on the website. YOU MUST PAY ONLINE TO USE THIS SERVICE UNLESS YOU HAVE BEEN GRANTED A FEE WAIVER BY THE COURT.

| | | CM-010 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>CARROLL & ASSOCIATES, PC<br>Sheila Lamb Carroll (SBN 142764)<br>3600 American River Drive, Suite 205<br>Sacramento, CA 95864<br>TELEPHONE NO.: 916.488.5388   FAX NO.: 916.488.5387<br>ATTORNEY FOR (Name): Plaintiff Gemini Duplication, Inc. | | **FOR COURT USE ONLY**<br>F I L E D<br>Superior Court of California<br>County of Placer<br>**JUL 01 2015**<br>Jake Chatters<br>Executive Officer & Clerk<br>By: N. Phelps, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER<br>STREET ADDRESS: 10820 Justice Center Drive<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Roseville, CA 95678<br>BRANCH NAME: | | |
| CASE NAME:<br>Gemini Duplication, Inc. v. Zurich American Insurance, et al. | | |
| **CIVIL CASE COVER SHEET**<br>✔ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | **Complex Case Designation**<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**SCV0036467**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ✔ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint (not specified above) (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition (not specified above) (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ✔ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ✔ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify):
5. This case ☐ is ✔ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 30, 2015
Sheila Lamb Carroll
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 1.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

FILED BY FAX