C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY dba ZURICH NORTH
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEMINI DUPLICATION, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01620-JAM-KJN<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br>**[L.R. 144]** |

– 1 –

1  IT IS HEREBY STIPULATED by among the parties, through their respective counsel, that defendant Zurich American Insurance Company, dba Zurich North America, is given an extension of time, to and including August 14, 2015, in which to respond to the complaint in the captioned matter.  This is the first such extension sought by the parties.

DATED:  August 4, 2015

BULLIVANT HOUSER BAILEY PC


By  */s/  C. Todd Norris*
C. TODD NORRIS
Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY dba ZURICH NORTH
AMERICA

DATED:  August 4, 2015

CARROLL & ASSOCIATES, P.C.


By  */s/  Sheila L. Carroll*
(as authorized on 8/3/15)
SHEILA L. CARROLL
Attorneys for Plaintiff
GEMINI DUPLICATION, INC.

**O R D E R**

IT IS SO ORDERED. A responsive pleading on behalf of defendant Zurich American Insurance Company, dba Zurich North America is due on August 14, 2015.

DATED: August 4, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COPLAINT; ORDER THEREON
*Gemini Duplication v. Zurich American Insurance Co.* [U.S.D.C. (E.D. Cal.) No. 2:15-cv-01620-JAM-KJN