1  CARROLL & ASSOCIATES, P.C.
   Sheila Lamb Carroll (State Bar No. 142764)
2  Heather R. Messenger (State Bar No. 240442)
   Teresa L. Zuber (State Bar No. 164213)
3  3600 American River Drive, Suite 205
   Sacramento, CA  95864-5950
4  Telephone:  916.488.5388
   Facsimile:   916.488.5387
5  scarroll@thecarrollfirm.com

6  Attorney for Plaintiff
   Gemini Duplication, Inc
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 | GEMINI DUPLICATION, INC., a California corporation, | Case No.: 2:15-cv-01620-JAM-KJN
12 |                                                     | **Stipulation for Leave to File First Amended Complaint; Order Thereon**
13 |                Plaintiff,                           |
14 |         vs.                                         |
15 | ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA, and DOES 1 through 50, inclusive, |
16 |                                                     |
17 |                Defendants.                          |

18

19     1.    On October 16, 2015, this Court entered a Status (Pre-trial Scheduling) Order

20 ("Scheduling Order") that prohibits the parties from filing any amendments to pleadings without

21 leave of court.

22     2.    Following the entry of the Scheduling Order, and communications with opposing

23 counsel regarding a stipulation to amend the answer to include additional affirmative defenses,

24 Defendant Gemini Duplications, Inc. ("Gemini") determined that the Complaint should include an

25 additional cause of action.

26     3.    This is the first stipulation and proposed order submitted by the parties in this

27 action.

28 ///

**Carroll & Associates, PC**

4. This stipulation and proposed order does not affect any dates or deadlines presently set by the court.

THEREFORE, IT IS HEREBY STIPULATED by and between Gemini and Defendant Zurich North American Insurance Company dba Zurich North America ("Zurich"), by and through their respective counsel of record, that Gemini may file a first amended complaint. For the convenience of the Court, a redlined copy of the Proposed First Amended Complaint is attached hereto as Exhibit A, and the clean copy of which is attached hereto as Exhibit B.

**IT IS SO STIPLUATED:**

Dated: February 3, 2016        CARROLL & ASSOCIATES PC

                               By:    /s/ Sheila Lamb Carroll
                                      Sheila Lamb Carroll (State Bar No. 142764)
                                      Attorneys for Plaintiff
                                      Gemini Duplication, Ind.

Dated: February 3, 2016        BULLIVANT HOUSER BAILEY, PC

                               By:    /s/ C. Todd Norris
                                      C. Todd Norris (State Bar No. 181337)
                                      Attorneys for Defendant Zurich American
                                      Insurance Company dba Zurich North America

### **ORDER**

**Good cause appearing therefor,** Plaintiff Gemini Duplication, Inc. is hereby authorized to file its First Amended Complaint within five court days of this order.

**It is so ordered.**

Dated: February 4, 2016        /s/ John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE

G:\G\Gemini\Federal pleadings\Stip to File 1st Amd Complaint