**3**

CARROLL & ASSOCIATES, P.C.
Sheila Lamb Carroll (State Bar No. 142764)
Maria S. Rosenfeld (State Bar No. 186116)
Teresa L. Zuber (State Bar No. 164213)
3600 American River Drive, Suite 205
Sacramento, CA  95864-5950
Telephone:  916.488.5388
Facsimile:   916.488.5387
scarroll@thecarrollfirm.com

Attorney for Plaintiff
Gemini Duplication, Inc

C. Todd Norris (SBN 181337)
Email: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone:  415.352.2700
Facsimile:   415.352.2701

Ronald J. Clark (admitted *pro hac vice*)
Email:  ron.clark@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone:  503.228.6351
Facsimile:   503.295.0915

Attorneys for Defendant
Zurich American Insurance
Company dba Zurich North
America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GEMINI DUPLICATION, INC., a California corporation,<br><br>     Plaintiff,<br><br>   vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation, dba ZURICH NORTH AMERICA and DOES 1 through 49, inclusive,<br><br>     Defendants. | Case No.: 2:15-cv-01620-JAM-KJN<br><br>**Stipulation and Order to Extend Discovery Cut-Off for the Sole Purpose of Taking the Deposition of the Designated Person Most Knowledgeable** |

Carroll &
Associates, PC

Stipulation to Continue Deposition

1    WHEREAS, Judge John A. Mendez issued the Status (Pre-Trial Scheduling) Order

2    ("Scheduling Order") in this matter (Document 13) on October 19, 2015, which specifies that

3    discovery cut off is scheduled for July 22, 2016;

4    WHEREAS, the parties had agreed to conduct one of two depositions of Defendant Zurich

5    North America's Person Most Knowledgeable on July 20 by telephone, due to the varied

6    geographic locations of the witness and attorneys;

7    WHEREAS, due to serious illness in Plaintiff's counsel's family, Plaintiff's counsel is

8    unable to conduct said deposition on the scheduled date;

9    WHEREAS, the parties believe they require a limited extension of time to complete this

10   deposition without affecting any other deadline established by the Court;

11   WHEREAS, having reviewed the respective schedules of counsel and the remaining

12   witness, the parties believe that deposition of the Person Most Knowledgeable can be scheduled to

13   commence on August 3, 2016;

14   WHEREAS, the parties have not made any previous requests to extend any discovery

15   deadlines in this action;

16   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties

17   through their undersigned counsel of record that:

18   1.    The discovery cut-off date in this matter be extended, by two weeks, to August 5,

19         2016, solely for the purpose of taking the second of two depositions of Zurich's

20         Person Most Knowledgeable.

21   2.    No other deadlines in this action will be altered by this stipulation.

22

23   Dated:  July 19, 2016                CARROLL & ASSOCIATES PC

24

25                                By:    /s/
                                        Teresa L. Zuber (State Bar No. 164213)
26                                      Attorneys for Plaintiff
                                        Gemini Duplication, Ind.
27

28   ///

Carroll &
Associates, PC

Stipulation to Continue Deposition

1  Dated:  July 19, 2016                    BULLIVANT HOUSER BAILEY PC

2

3                                      By:    /s/
                                              C. Todd Norris
4                                             Ronald J. Clark
                                              Attorneys for Defendant
5                                             Zurich American Insurance Company
                                              Dba Zurich North America
6

7
   **IT IS SO ORDERED**.
8
   DATED:  7/19/2016
9
                                              John A. Mendez
10                                            UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Carroll &**
**Associates, PC**

Stipulation to Continue Deposition